# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| WILLIAM GENTES,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDLINE INDUSTRIES, INC., MEDLINE INDUSTRIES, L.P., CHARLES N. MILLS, JAMES D. ABRAMS, ISOMEDIX OPERATIONS, INC., COSMED GROUP, INC., and VANTAGE SPECIALTY CHEMICALS, INC.,<br><br>    Defendants. | No.<br><br>Hon. |

**JOINDER AND CONSENT TO REMOVAL**

Without waiving any of its defenses or other rights, Defendant **Isomedix Operations, Inc.** hereby joins in and consents to the removal of *Gentes v. Isomedix Operations, Inc., et al.*, No. 2023-L-011677, from the **Circuit Court of Cook County, Illinois** to this Court.

Dated: July 25, 2024

Respectfully submitted,

*/s/ Philip M. Oliss*
Philip M. Oliss
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Email: poliss@jonesday.com

*Counsel for Isomedix Operations, Inc.*